**NOT FOR PUBLICATION**

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>

| | | |
|---|---|---|
| HOZAY A. ROYAL, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 11-4862 (CCC) |
| v. | : | |
| RUTHERFORD POLICE et al., | : | |
| Defendants. | : | |
| HOZAY A. ROYAL, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 11-7149 (CCC) |
| v. | : | |
| EDWARD V. ROCHFORD et al., | : | |
| Defendants. | : | |
| HOZAY A. ROYAL, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 12-1640 (CCC) |
| v. | : | |
| ANTHONY ANNECCHIARICO, | : | |
| Defendant. | : | |
| HOZAY A. ROYAL, | : | |
| Petitioner, | : | Civil Action No. |
| | : | 12-4900 (CCC) |
| v. | : | |
| HADDON TOWNSHIP COURT, | : | **ORDER** |
| Respondent. | : | **APPLIES TO ALL ACTIONS** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this <u>24th</u> day of <u>January</u>, 2013

ORDERED that Royal's habeas challenges raised in <u>Royal v. Haddon Twshp Ct.</u>, Civil Action No. 12-4900 (CCC), are dismissed; and it is further

ORDERED than no certificate of appealability will issue with regard to <u>Royal v. Haddon Twshp Ct.</u>, Civil Action No. 12-4900 (CCC); and it is further

ORDERED that the Clerk shall close <u>Royal v. Haddon Twshp Ct.</u>, Civil Action No. 12-4900 (CCC), by making a new and separate entry on the docket of that matter reading, "CIVIL CASE CLOSED"; and it is further

ORDERED that the Clerk shall reopen <u>Royal v. Rutherford Police Dept.</u>, Civil Action No. 11-4862 (CCC), <u>Royal v. Rochford</u>, Civil Action No. 11-7149 (CCC), and <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), by making a new and separate entry on the dockets of each of these three matters, with each entry reading, "CIVIL CASE REOPENED"; and it is further

ORDERED that Royal's submissions docketed in <u>Royal v. Rochford</u>, Civil Action No. 11-7149 (CCC), as Docket Entries Nos. 21 and 22, also docketed in <u>Royal v. Rutherford Police Dept.</u>, Civil Action No. 11-4862 (CCC), as Docket Entry No. 24, and also docketed in <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), as Docket Entries Nos. 6 and 7, are denied; and it is

further

ORDERED that this Court's prior order, revoking Royal's <u>in forma pauperis</u> status for the purposes of <u>Royal v. Rutherford Police Dept.</u>, Civil Action No. 11-4862 (CCC), and <u>Royal v. Rochford</u>, Civil Action No. 11-7149 (CCC), and denying Royal <u>in forma pauperis</u> status for the purposes of <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), shall remain in force; and in is further

ORDERED that this Court's final determination as to Royal's suitability to proceed <u>in forma pauperis</u> in <u>Royal v. Rutherford Police Dept.</u>, Civil Action No. 11-4862 (CCC), <u>Royal v. Rochford</u>, Civil Action No. 11-7149 (CCC), and <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), is reserved; and it is further

ORDERED that, within thirty days from receipt of Royal's affidavit, the Clerk shall order, from the federal archives in Kansas City, hard-copy files of all Royal's actions instituted in federal fora; and it is further

ORDERED that, in the event Royal elects to prepay his filing fee in <u>Royal v. Rutherford Police Dept.</u>, Civil Action No. 11-4862 (CCC), and/or <u>Royal v. Rochford</u>, Civil Action No. 11-7149 (CCC), and/or <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), Royal may do so within thirty days from the date of entry of this Order; and it is further

ORDERED that, in the event Royal prepays his filing fee with

regard to Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC), and/or Royal v. Annecchiarico, Civil Action No. 12-1640 (CCC), Royal must submit, together with his filing fee, his re-amended pleading in each such action stating his challenges, clearly and concisely, in accordance with the requirements posed by Rules 8, 18 and 20, and asserting only the factual predicate relevant to the substantive tests detailed to Royal by this Court; and it is further

ORDERED that, except for his re-amended pleadings submitted together with his filing fee, Royal shall not make any further submissions in Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC), and/or Royal v. Annecchiarico, Civil Action No. 12-1640 (CCC), until and unless this Court grants Royal in forma pauperis status and Royal's challenges proceed past the sua sponte dismissal stage, or until and unless Royal is expressly directed by this Court to make additional submissions in these matters; and it is further

ORDERED that the Clerk shall administratively terminate Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC), and/or Royal v. Annecchiarico, Civil Action No. 12-1640 (CCC), by making by making a new and separate entry on the dockets of each of

these three matters, with each entry reading, "CIVIL CASE TERMINATED"; and it is further

ORDERED that administrative termination is not a dismissal on merits, and this Court does not withdraw its jurisdiction over Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC), and/or Royal v. Annecchiarico, Civil Action No. 12-1640 (CCC). The Court will direct the Clerk to reopen Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC), and/or Royal v. Annecchiarico, Civil Action No. 12-1640 (CCC): (a) if Royal prepays his filing fee with regard to any of these actions and accompanies his submission by a re-amended pleading executed in accordance with the terms of this Order; or (b) the Clerk receives hard-copies of the archived files of Royal's prior proceedings commenced in federal fora and reaches a determination as to Royal's suitability to proceed in non-emergent civil matters in forma pauperis; and it is finally

ORDERED that the Clerk shall serve this Order and Opinion filed herewith upon Royal by regular U.S. mail, enclosing in said mailing three blank complaint forms which Royal may, if he so desires, utilize for the purposes of filing his amended pleadings in Royal v. Rutherford Police Dept., Civil Action No. 11-4862 (CCC), and/or Royal v. Rochford, Civil Action No. 11-7149 (CCC),

and/or <u>Royal v. Annecchiarico</u>, Civil Action No. 12-1640 (CCC), in the event Royal elects to prepay his filing fee in the matter(s).

**Claire C. Cecchi**
United States District Judge